UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLETTE A. COLTON,<br><br>                Plaintiff,<br><br>        v.<br><br>A. OLA, et al.,<br><br>                Defendants. | 1:26-cv-04887-EPG (PC)<br><br>ORDER TO SUBMIT A COMPLETED<br>APPLICATION TO PROCEED<br>*IN FORMA PAUPERIS* OR<br>PAY FILING FEE WITHIN 45 DAYS<br><br>(ECF No. 2) |

Plaintiff is a prisoner confined at the Central California Women's Facility and proceeds *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff sues A. Ola and John Doe Deputy Director, Policy and Risk Management, alleging deliberate indifference to serious medical needs in violation of the Eighth Amendment.

Plaintiff has not paid the $405 filing fee, and the application Plaintiff submitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 has not been fully completed. (ECF No. 2). Notably, Plaintiff did not answer questions 3(e), 3(f), 4, 5, and 7 of the application.

Accordingly, IT IS ORDERED that:

Within forty-five days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, fully completed with all questions answered, and including the certification of Plaintiff's funds being filled out, dated, and signed <u>by an authorized officer</u> at Plaintiff's institution of confinement. In the alternative, Plaintiff may pay the

1

$405 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

**IT IS SO ORDERED.**

DATED:   **June 26, 2026**                          /s/ *Erin P. Grosjean*
                                                   **UNITED STATES MAGISTRATE JUDGE**

2